# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA ANDREA AREVALO ALZATE,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 1:25-cv-01848-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

The Clerk of Court is DIRECTED to enter judgment in accordance with the Court's January 14, 2026 order and to close the case.

IT IS SO ORDERED.

Dated:    **January 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge